435 A.2d 650

Commonwealth v. Annonio, Appellant.

Submitted April 16, 1980.  Leslie J. Mlakar, for appellant;  Patrick H. Mahady, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

435 A.2d 651

Commonwealth v. Reginald Bard a/k/a Reggie Bard, Appellant.

Submitted December 2, 1980.  Irvin J. Kopf, for appellant;  Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

The judgment of sentence of the lower court is hereby affirmed.